# Third District Court of Appeal

**State of Florida**

Opinion filed November 25, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1486
Lower Tribunal No. 97-36875

_____

**Judge Brandon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Judge Brandon, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.